IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOCTAR G., | : |
| Plaintiff, | : Case No. 2:25-cv-00053 |
| v. | : Judge Algenon L. Marbley |
| COMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : |

## ORDER

This matter comes before this Court on the Parties' Joint Motion to Remand. (ECF No. 8) The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of 42 U.S.C. § 405(g). (*Id*. at 1). As set forth in the Joint Motion, upon remand, the Appeals Council will remand the matter to the Administrative Law Judge and "the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing." (*Id.*).

Accordingly, the Joint Motion is **GRANTED** (ECF No. 8) and the matter is hereby **REMANDED** to the Social Security Administration for further consideration and administrative proceedings.

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATE:  April 14, 2025**